UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARD MEJIA,

                               Plaintiff,

           -against-

BELDT LABS, INC.,

                             Defendant.
------------------------------------------------------------X

22-CV-5796 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

        Plaintiff filed this action on July 7, 2022, (Doc. 1), and filed an affidavit of service on July 28, 2022, (Doc. 5). On August 15, 2022, Defendant requested, and I granted, an extension of time to respond to the complaint. (Docs. 7–8.) The deadline for Defendant to respond to Plaintiff's complaint was September 14, 2022. (*See id.*) To date, Defendant has not responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than September 26, 2022. If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    September 19, 2022
              New York, New York

                                                                                               _____
                                                                                             VERNON S. BRODERICK
                                                                                             United States District Judge