UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
RICHARD MEJIA, on behalf of himself and
all others similarly situated

                      Plaintiff,                  22-CV-5796 (VSB)

            -against-                  **ORDER**

BELDT LABS, INC.,

                      Defendant.
-------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within sixty (60) days.

SO ORDERED.

Dated: March 24, 2023
       New York, New York

                                                      Vernon S. Broderick
                                                      United States District Judge